UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNEY'S, INC. (FLORIDA), a Foreign Profit Corporation, d/b/a Denny's,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:22-CV-03166-SEG |

# ORDER

On September 16, 2022, the Clerk entered default against Defendant Denney's, Inc. (Florida).  On October 14, 2022, Plaintiff filed a consent motion to stay proceedings to allow for settlement negotiations.  (Doc. 7.)  On October 17, 2022, the Court granted that motion.  (Doc. 9.)  The stay expired on November 3, 2022, and no subsequent action has been taken.  Accordingly, Plaintiff is directed to file a notice by November 30, 2022, advising the Court as to whether this matter has been resolved, or in the alternative, whether Plaintiff intends to file a motion for default judgment.  The Clerk is **DIRECTED** to submit this matter to the Court on December 1, 2022, if no such notice is filed.

**SO ORDERED** this 21st day of November, 2022.

_____
SARAH E. GERAGHTY
United States District Judge